

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2019

No. 04-18-00990-CV

**IN RE TBT, ET AL.,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-2619-CV-C
Honorable Thomas Nathaniel Stuckey, Judge Presiding

## O R D E R

       This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant's brief was originally due to be filed on January 17, 2019. On January 16, 2019, appellant filed a motion requesting a twenty-day extension of time to file the brief.

       The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

       The motion is GRANTED, and appellant's brief must be filed no later than February 6, 2019. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court